MICHAEL R. HOGUE, ESQ.
Nevada Bar No. 12400
ELLIOT T. ANDERSON, ESQ.
Nevada Bar No. 14025
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Fax: (702) 792-9002
Email: hoguem@gtlaw.com
andersonel@gtlaw.com

*Counsel for Defendant*
*CITIMORTGAGE, INC.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| NATIONAL DEFAULT SERVICING CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>JOANNE T. ORLANDO, an unmarried woman; CITIMORTGAGE, INC., a foreign corporation; INTERNAL REVENUE SERVICE, a Government Agency; and DOES 1 through 10 and ROE BUSINESS ENTITIES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:24-cv-01339-JCM-BNW<br><br>**STIPULATION TO EXTEND DATE FOR DEFENDANT CITIMORTGAGE, INC. TO RESPOND TO COMPLAINT IN INTERPLEADER**<br><br>**(First Request)** |

COME NOW, Defendant CITIMORTGAGE, INC. ("Defendant"), by and through its attorneys, the law firm of Greenberg Traurig, LLP and Plaintiff NATIONAL DEFAULT SERVICING CORPORATION ("NDSC") (collectively, the "Parties"), by the through its attorneys of record, the law firm of Tiffany & Bosco, PA, and hereby stipulate and agree that Defendant will have up to and including August 20, 2024, in which to respond to the Complaint in Interpleader ("Complaint"). Via Counsel, Defendant accepted service of the Summons and Complaint on July 23, 2024, and its response is currently due August 13, 2024. A short extension of seven (7) days is being requested due to circumstances relating to counsel's background investigation of the allegations

Page 1

ACTIVE 701022068v1

contained in the Complaint. As extended, Defendant would have up to and including August 20, 2024, to file an Answer.

Therefore, it is respectfully requested that Defendant be allowed up to and including August 20, 2024, to respond to the Complaint.

This is the Parties' first stipulation for an extension of time, and the Stipulation is not made for purposes of delay.

| DATED this 13th day of August, 2024. | DATED this 13th day of August, 2024. |
|---|---|
| **GREENBERG TRAURIG, LLP** | **TIFFANY & BOSCO, PA** |
| /s/ Elliot T. Anderson | /s/ Krista J. Nielson |
| MICHAEL R. HOGUE, ESQ.<br>Nevada Bar No. 12400<br>ELLIOT T. ANDERSON, ESQ.<br>Nevada Bar No. 14025<br>10845 Griffith Peak Drive, Suite 600<br>Las Vegas, Nevada 89135<br><br>*Counsel for Defendant*<br>*CITIMORTGAGE, INC.* | KRISTA J. NIELSON, ESQ.<br>Nevada Bar No. 10698<br>10100 West Charleston Boulevard, Suite 220<br>Las Vegas, Nevada 89074<br><br>*Counsel for Plaintiff* |

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** 8/15/2024

ACTIVE 701022068v1

Greenberg Traurig, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
(702) 792-3773
(702) 792-9002 (fax)

| | |
|---|---|
| **From:** | Krista J. Nielson |
| **To:** | Anderson, Elliot (Assoc-LV-LT); Nicole Lane |
| **Cc:** | Stacey Grata; Bundick, Jacob (Shld-LV-LT); Hogue, Michael (Shld-LV-LT); Flintz, Andrea (LSS-LV-LT) |
| **Subject:** | Re: National Default Servicing Corporation v. Joanne Orlando, et al.; 2:24-cv-1339; TB #23-72662 FOR REVIEW: Stipulation and Order |
| **Date:** | Tuesday, August 13, 2024 9:06:59 AM |
| **Attachments:** | image002.png |
| | image001.png |

You may affix my signature. Thanks.

Get Outlook for iOS

**From:** andersonel@gtlaw.com <andersonel@gtlaw.com>
**Sent:** Monday, August 12, 2024 8:12:07 PM
**To:** Nicole Lane <Nlane@tblaw.com>
**Cc:** Krista J. Nielson <knielson@tblaw.com>; Stacey Grata <SGrata@tblaw.com>; bundickj@gtlaw.com <bundickj@gtlaw.com>; hoguem@gtlaw.com <hoguem@gtlaw.com>; flintza@gtlaw.com <flintza@gtlaw.com>
**Subject:** RE: National Default Servicing Corporation v. Joanne Orlando, et al.; 2:24-cv-1339; TB #23-72662 FOR REVIEW: Stipulation and Order

Krista,

Attached hereto, please see the draft stipulation and order. If this draft meets with your approval, please let us know if we may affix your e-signature to the same. Otherwise, if you have any comments or revisions, do also please let us know.

Thanks,

**Elliot Anderson**
Associate

Greenberg Traurig, LLP
Suite 600 | 10845 Griffith Peak Drive | Las Vegas, Nevada 89135
T +1 702.792.3773 C +1 702.827.9068
andersonel@gtlaw.com   |   www.gtlaw.com   |   View GT Biography

**GT GreenbergTraurig**

Albany. Amsterdam. Atlanta. Austin. Boston. Berlin*. Charlotte. Chicago. Dallas. Delaware. Denver. Fort Lauderdale. Houston. Las Vegas. London*. Long Island. Los Angeles. Mexico City*. Miami. Milan*. Minneapolis. New Jersey. New York. Northern Virginia. Orange County. Orlando. Philadelphia. Phoenix. Portland. Sacramento. Salt Lake City. San Francisco. Seoul*. Shanghai. Silicon Valley. Tallahassee. Tampa. Tel Aviv*. Tokyo*. Warsaw*. Washington, D.C. West Palm Beach. Westchester County.

*Berlin: Greenberg Traurig's Berlin Office is operated by Greenberg Traurig Germany, an affiliate of Greenberg Traurig, P.A. and Greenberg Traurig, LLP.; London: Operates as a separate UK registered legal entity; Mexico City: Operates as Greenberg Traurig, S.C.; Milan: Greenberg Traurig's Milan office is operated by Greenberg Traurig Santa Maria, an affiliate of Greenberg Traurig, P.A. and Greenberg Traurig, LLP; Seoul: Operated by Greenberg Traurig LLP Foreign Legal Consultant Office; Tel Aviv: A branch of Greenberg Traurig, P.A., Florida, USA; Tokyo: Greenberg Traurig's Tokyo Office is operated by GT Tokyo Horitsu Jimusho and Greenberg Traurig Gaikokuhojimubengoshi Jimusho, affiliates of Greenberg Traurig, P.A. and Greenberg Traurig, LLP; Warsaw: Operates as GREENBERG TRAURIG Nowakowska-Zimoch Wysokiński sp.k.

**From:** Anderson, Elliot (Assoc-LV-LT)