MICHAEL R. HOGUE, ESQ.
Nevada Bar No. 12400
ELLIOT T. ANDERSON, ESQ.
Nevada Bar No. 14025
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone:  (702) 792-3773
Fax:             (702) 792-9002
Email:     hoguem@gtlaw.com
               andersonel@gtlaw.com

*Counsel for Defendant CITIMORTGAGE, INC.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| NATIONAL DEFAULT SERVICING CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>JOANNE T. ORLANDO, an unmarried woman; CITIMORTGAGE, INC., a foreign corporation; INTERNAL REVENUE SERVICE, a Government Agency; and DOES 1 through 10 and ROE BUSINESS ENTITIES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:24-cv-01339-JCM-BNW<br><br>**STIPULATION TO EXTEND DISCOVERY**<br><br>**[First Request]** |

Plaintiff National Default Servicing Corporation ("Plaintiff"), Defendant CitiMortgage, Inc. ("CitiMortgage"), and Defendant Internal Revenue Service (the "IRS," collectively with Plaintiff and CitiMortgage, the "Parties"), by and through their respective counsel, hereby file this Stipulation and Proposed Order to Extend Discovery in this case by ninety (90) days under Local Rules IA 6-1 and 26-3.  *See* ECF No. 20.  This is the first request that the Court grant a stipulation to allow for the completion of discovery and related deadlines.

**BRIEF FACTUAL BACKGROUND**

This is a complaint for interpleader, arising from excess proceeds from a foreclosure sale.  *See* ECF No. 1-3.  After Plaintiff received competing demands for the proceeds, Plaintiff initiated this

/ / /

Page 1

1  action, *id.*, and the IRS removed it, ECF No. 1.  CitiMortgage and the IRS are the only appearing
2  claimants.

### **COMPLETED DISCOVERY**

4  CitiMortgage and the IRS, the only claimants who appeared, are identifying a potential
5  resolution to this action that will not require substantial expense by either Party.  Currently,
6  CitiMortgage and the IRS are preparing a stipulation that will, if and when agreed upon, resolve the
7  claims to the excess proceeds.  As a result, the Parties avoided engaging in discovery to facilitate
8  judicial economy and further settlement.

### **REMAINING DISCOVERY**

10  The Parties do not expect to need any additional discovery given their potential resolution.
11  But the Parties seek to amend the deadlines out of an abundance of caution in case any unforeseen
12  issues arise.

### **GOOD CAUSE TO EXTEND DISCOVERY**

14  As mentioned, CitiMortgage and the IRS believe they have reached a resolution to their
15  competing claims to the excess proceeds.  For that reason, the Parties have not completed any discovery.
16  Good cause to extend exists here: facilitating these efforts and guarding against any unforeseen
17  circumstances.  It also allows any additional claimants who have not appeared, if any, to be heard.  In
18  addition, CitiMortgage is securing evidence to complete the record with the stipulation.  Finally, the
19  ninety (90)-day extension will allow the Parties time to complete any remaining interpleader tasks, like
20  a Motion for Distribution.

21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

Page 2

## PROPOSED DATES

| Deadline | Current Date | New Proposed Date |
|---|---|---|
| Amending Pleadings | October 22, 2024 | No Change |
| Expert Disclosure | November 21, 2024 | No Change |
| Rebuttal Expert Disclosure | December 23, 2024 | No Change |
| Close of Discovery | January 20, 2025 | **April 21, 2025** |
| Dispositive Motions | February 19, 2025 | **May 21, 2025** |
| Joint Pretrial Order | March 21, 2025 | **June 19, 2025** |

**IT IS SO STIPULATED.**

DATED this 18th day of December, 2024.

**GREENBERG TRAURIG, LLP**

   */s/ Elliot T. Anderson*
MICHAEL R. HOGUE (NBN 12400)
ELLIOT T. ANDERSON (NBN 14025)
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135

*Counsel for CitiMortgage*

DATED this 18th day of December, 2024.

**TIFFANY & BOSCO**

   */s/ Krista J. Nielson*
KRISTA J. NIELSON (NBN 10698)
10100 West Charleston Blvd., Suite 220
Las Vegas, Nevada 89135

*Counsel for Plaintiff*

DATED this 18th day of December, 2024.

**UNITED STATES DEPARTMENT OF JUSTICE**

   */s/ Misty L. Dante*
JASON M. FRIERSON (NBN 7709)
United States Attorney
MISTY L. DANTE
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101

*Counsel for the Internal Revenue Service*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 12/19/2024

ACTIVE 705272309v1

| | |
|---|---|
| **From:** | Krista J. Nielson |
| **To:** | "Dante, Misty (USANV)"; Anderson, Elliot (Assoc-LV-LT) |
| **Cc:** | Opie, Alayne (Shld-LV-LT); Hogue, Michael (Shld-LV-LT); Lacina, Peter K. (OfCnl-Dal-LT); Flintz, Andrea (LSS-LV-LT) |
| **Subject:** | RE: NDSC v. Orlando; 2:24-cv-01339; 23-72662 FOR REVIEW: SAO |
| **Date:** | Wednesday, December 18, 2024 10:44:49 AM |
| **Attachments:** | image003.png |

**\*EXTERNAL TO GT\***

You may also affix my e-signature. Thank you.



**Krista J. Nielson | Shareholder | 702.916.1445**
knielson@tblaw.com | Website

Offices:  Alabama | Arizona | California | Florida | Michigan | Nevada | New Mexico
*Licensed in Nevada*

**CONFIDENTIALITY NOTICE:**  The information contained in this message may be protected by the attorney-client privilege.  If you believe that it has been sent to you in error, do not read it.  Please immediately reply to the sender that you have received the message in error, then delete it.  Thank you.

**From:** Dante, Misty (USANV) <Misty.Dante@usdoj.gov>
**Sent:** Wednesday, December 18, 2024 8:48 AM
**To:** andersonel@gtlaw.com; Krista J. Nielson <knielson@tblaw.com>
**Cc:** opiea@gtlaw.com; hoguem@gtlaw.com; lacinap@gtlaw.com; flintza@gtlaw.com
**Subject:** RE: NDSC v. Orlando; 2:24-cv-01339; 23-72662 FOR REVIEW: SAO

Good morning Elliot,

The attached stipulation is fine with me. Please affix my electronic signature.

Thanks,

**Misty Dante**
Assistant United States Attorney
Asset Forfeiture Coordinator – District of Nevada
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada
Email: misty.dante@usdoj.gov
Phone: 702-388-6576

**From:** andersonel@gtlaw.com <andersonel@gtlaw.com>
**Sent:** Tuesday, December 17, 2024 6:33 PM