MICHAEL R. HOGUE, ESQ.
Nevada Bar No. 12400
ELLIOT T. ANDERSON, ESQ.
Nevada Bar No. 14025
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Tel: (702) 792-3773
Fax: (702) 792-9002
Email: hoguem@gtlaw.com
andersonel@gtlaw.com

*Counsel for Defendant CITIMORTGAGE, INC.*

Greenberg Traurig, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
(702) 792-3773
(702) 792-9002 (fax)

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NATIONAL DEFAULT SERVICING CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>JOANNE T. ORLANDO, an unmarried woman; CITIMORTGAGE, INC., a foreign corporation; INTERNAL REVENUE SERVICE, a Government Agency; and DOES 1 through 10 and ROE BUSINESS ENTITIES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:24-cv-01339-JCM-BNW<br><br>**CITIMORTGAGE, INC.'S MOTION FOR ENTRY OF CLERK'S DEFAULT AGAINST JOANNE T. ORLANDO** |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT, DISTRICT OF NEVADA:**

CitiMortgage, Inc. ("CitiMortgage"), by and through its counsel of record, Greenberg Traurig, LLP, hereby requests that the proposed default against Defendant Joanne T. Orlando ("Orlando"), attached hereto as **Exhibit A**, be entered against Orlando for the failure to plead or otherwise defend, as permitted by Fed. R. Civ. P. 55 and LR 77-1(b).

As evidenced by the affidavit of service on file herein (ECF No. 5), also attached hereto as **Exhibit B**, Orlando was duly served under Federal Rule of Civil Procedure 4(e)(1) and Nevada law, as the state in which service was made, on July 1, 2024. The applicable time limit for Orlando to appear or otherwise respond to this action would ordinarily expire 21 days later, on July 22, 2024. *See* ECF No. 5. But because the Internal Revenue Service removed this action that same day, *see*

Greenberg Traurig, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
(702) 792-3773
(702) 792-9002 (fax)

ECF No. 1, Rule 81(c)(2)(C) gave Orlando an additional seven (7) days after removal. Thus, by this Rule's operation, Orlando had until July 29, 2024, to serve a responsive pleading. Orlando did not meet this deadline, and she has not filed any responsive pleading.

This request is based upon the pleadings and papers on file herein, the exhibits attached thereto, and the declaration of Elliot T. Anderson, Esq., attached hereto as **Exhibit C**.

DATED this 10th day of February, 2025.

**GREENBERG TRAURIG, LLP**

*/s/Elliot T. Anderson*
MICHAEL R. HOGUE, ESQ.
Nevada Bar No. 12400
ELLIOT T. ANDERSON, ESQ.
Nevada Bar No. 14025
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135

*Counsel for Defendant CITIMORTGAGE, INC.*

Greenberg Traurig, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
(702) 792-3773
(702) 792-9002 (fax)

**CERTIFICATE OF SERVICE**

Pursuant to Nev. R. Civ. P. 5(b)(2)(D), I certify that on this 10th day of February, 2025, I caused the foregoing ***CitiMortgage, Inc.'s Motion for Entry of Clerk's Default Against Joanne T. Orlando*** to be e-served via the Court's Odyssey E-Filing system on the parties registered to this matter. The date and time of the electronic proof of service is in place of the date and place of deposit in the mail. I also certify that on the same day, I served the foregoing via certified mail on:

Joanne T. Orlando
2222 Sawtooth Mountain Drive
Henderson, Nevada 89044

*/s/ Andrea Flintz*
An employee of Greenberg Traurig, LLP

Greenberg Traurig, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
(702) 792-3773
(702) 792-9002 (fax)

**INDEX OF EXHIBITS**

**Exhibit A** -- Proposed Default

**Exhibit B** -- Affidavit of Service

**Exhibit C** -- Declaration of Elliot T. Anderson