# EXHIBIT "A"

EXHIBIT "A"

MICHAEL R. HOGUE, ESQ.
Nevada Bar No. 12400
ELLIOT T. ANDERSON, ESQ.
Nevada Bar No. 14025
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Tel: (702) 792-3773
Fax: (702) 792-9002
Email: hoguem@gtlaw.com
andersonel@gtlaw.com

*Counsel for Defendant CITIMORTGAGE, INC.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

NATIONAL DEFAULT SERVICING CORPORATION,

Plaintiff,

vs.

JOANNE T. ORLANDO, an unmarried woman; CITIMORTGAGE, INC., a foreign corporation; INTERNAL REVENUE SERVICE, a Government Agency; and DOES 1 through 10 and ROE BUSINESS ENTITIES 1 through 10, inclusive,

Defendants.

Case No. 2:23-cv-00843-RFB-MDC

**DEFAULT**

It appearing from the records in the above-entitled action that the Summons issued on June 28, 2024 and the Complaint filed June 27, 2024, ECF No. 1-3, have been regularly served upon Defendant Joanne T. Orlando; and it appearing from the affidavit of counsel and the records herein that Defendant Joanne T. Orlando has failed to plead or otherwise defend in said action as required by said Summons and provided by the Federal Rules of Civil Procedure,

Now, therefore, on request of counsel for Defendant CitiMortgage, Inc., the DEFAULT, as aforesaid, of Defendant Joanne T. Orlando in the above-entitled action is hereby entered.

______________________________
Deputy Clerk

/ / /

Respectfully Submitted by:

**GREENBERG TRAURIG, LLP**

*/s/ Elliot T. Anderson*

MICHAEL R. HOGUE, ESQ.
Nevada Bar No. 12400
ELLIOT T. ANDERSON, ESQ.
Nevada Bar No. 14025
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135

*Counsel for CitiMortgage, Inc.*