# EXHIBIT "B"

EXHIBIT "B"

KRISTA J. NIELSON, ESQ.
Nevada Bar No. 10698
**TIFFANY & BOSCO, P.A.**
10100 West Charleston Blvd., Suite 220
Las Vegas, Nevada 89135
Telephone: 702 258-8200
Facsimile: 702 258-8787
efilenv@tblaw.com
*Attorney for Plaintiff*
TB#23-72662

**TIFFANY & BOSCO, P.A.**
10100 W. Charleston Blvd., Ste. 220
Las Vegas, NV 89135
Tel (702) 258-8200 Fax (702) 258-8787

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NATIONAL DEFAULT SERVICING CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>JOANNE T. ORLANDO, an unmarried woman; CITIMORTGAGE, INC., a foreign corporation; INTERNAL REVENUE SERVICE, a Government Agency; and DOES 1 through 10 and ROE BUSINESS ENTITIES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:24-cv-01339 |

**AFFIDAVIT OF SERVICE**

**JOANNE T. ORLANDO**

TIFFANY & BOSCO, P.A.
10100 W. Charleston Blvd., Ste. 220
Las Vegas, NV 89135
Tel (702) 258-8200 Fax (702) 258-8787

**CERTIFICATE OF SERVICE**

I hereby certify and declare under penalty of perjury that on July 31, 2024, I electronically filed the foregoing with the Clerk of Court for filing and uploading to the CM/ECF system which will send notification of such filing to all parties of record and via U.S. Mail to the following:

Joanne T. Orlando
2222 Sawtooth Mountain Drive
Henderson, Nevada 89044

Misty L. Dante, Esq.
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Misty.Dante@usdoj.gov

Michael R. Hogue, Esq.
Greenberg Traurig, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
hoguem@gtlaw.com

*/s/ Stacey Grata*
An employee of Tiffany & Bosco, P.A.

INDEX OF EXHIBITS

Exhibit A: Affidavit of Service for Joanne T. Orlando

TIFFANY & BOSCO, P.A.
10100 W. Charleston Blvd., Ste. 220
Las Vegas, NV 89135
Tel (702) 258-8200 Fax (702) 258-8787

# EXHIBIT A – AFFIDAVIT OF SERVICE FOR JOANNE T. ORLANDO

# AFFIDAVIT OF SERVICE

CLARK COUNTY DISTRICT COURT
CLARK COUNTY, STATE OF NEVADA

National Default Servicing Corporation

Plaintiff(s)

v.

Joanne T. Orlando, et al.

Defendant(s)

Case No.:A-24-896361
Krista J. Nielson, Esq., Bar No. 10698
TIFFANY & BOSCO P.A
10100 W Charleston Blvd Ste 220
Las Vegas, NV 89135
(702) 258-8200
*Attorneys for the Plaintiff*

Client File# 23-72662

I, Tanner Trewet, being sworn, states: That I am a licensed process server registered in Nevada. I received a copy of the Summons; Complaint in Interpleader, from TIFFANY & BOSCO P.A

That on 7/1/2024 at 2:04 PM at 2222 Sawtooth Mountain Drive, Henderson, NV 89044 I served Joanne T. Orlando with the above-listed documents by personally delivering a true and correct copy of the documents by leaving with Joanne T. Orlando.

That the description of the person actually served is as follows:
Gender: Female, Race: Caucasian, Age: Over 60 yrs, Height: 5'1 - 5'6, Weight: 121-140 lbs, Hair: Black, Eyes:Brown

I being duly sworn, states: that all times herein, Affiant was and is over 18 years of age, not a party to or interested in the proceedings in which this Affidavit is made. I declare under penalty of perjury that the foregoing is true and correct.

State of: NEVADA
County of: CLARK

Subscribed and sworn before me, a Notary Public, this 5th day of July 2024

BY: Tanner Trewet

Jeffrey Price
Notary Public
My Commission expires on: 5/6/2025

Tanner Trewet
Registered Work Card# R- 2019-07712
State of Nevada

JEFF PRICE
Notary Public, State of Nevada
Appointment No. 13-10453-1
My Appt. Expires May 6, 2025

Control #:NV295109
Reference: 23-72662

Service Provided for:
Nationwide Legal Nevada, LLC
610 S. 10th Street
Las Vegas, NV 89101
(702) 385-5444
Nevada Lic # 1656

KRISTA J. NIELSON, ESQ.
Nevada Bar No. 10698
**TIFFANY & BOSCO, P.A.**
10100 West Charleston Blvd., Suite 220
Las Vegas, Nevada 89135
Telephone: 702 258-8200
Facsimile: 702 258-8787
efilenv@tblaw.com
*Attorney for Plaintiff*
TB#23-72662

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

NATIONAL DEFAULT SERVICING CORPORATION,

Plaintiff,

vs.

JOANNE T. ORLANDO, an unmarried woman; CITIMORTGAGE, INC., a foreign corporation; INTERNAL REVENUE SERVICE, a Government Agency; and DOES 1 through 10 and ROE BUSINESS ENTITIES 1 through 10, inclusive,

Defendants.

Case No. 2:24-cv-01339

**AFFIDAVIT OF SERVICE**

**INTERNAL REVENUE SERVICE**



**TIFFANY & BOSCO, P.A.**
10100 W. Charleston Blvd., Ste. 220
Las Vegas, NV 89135
Tel (702) 258-8200 Fax (702) 258-8787

Case 2:24-cv-01339-JCM-BNW Document 6 Filed 07/31/24 Page 2 of 3

**CERTIFICATE OF SERVICE**

I hereby certify and declare under penalty of perjury that on July 31, 2024, I electronically filed the foregoing with the Clerk of Court for filing and uploading to the CM/ECF system which will send notification of such filing to all parties of record and via U.S. Mail to the following:

Joanne T. Orlando
2222 Sawtooth Mountain Drive
Henderson, Nevada 89044

Misty L. Dante, Esq.
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Misty.Dante@usdoj.gov

Michael R. Hogue, Esq.
Greenberg Traurig, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
hoguem@gtlaw.com

*/s/ Stacey Grata*
An employee of Tiffany & Bosco, P.A.

TIFFANY & BOSCO, P.A.
10100 W. Charleston Blvd., Ste. 220
Las Vegas, NV 89135
Tel (702) 258-8200 Fax (702) 258-8787

INDEX OF EXHIBITS

Exhibit A: Affidavit of Service for Internal Revenue Service

TIFFANY & BOSCO, P.A.
10100 W. Charleston Blvd., Ste. 220
Las Vegas, NV 89135
Tel (702) 258-8200 Fax (702) 258-8787

# EXHIBIT A – AFFIDAVIT OF SERVICE FOR INTERNAL REVENUE SERVICE

# AFFIDAVIT OF SERVICE

## CLARK COUNTY DISTRICT COURT
## CLARK COUNTY, STATE OF NEVADA

National Default Servicing Corporation

Plaintiff(s)

v.

Joanne T. Orlando, et al.

Defendant(s)

Case No.:A-24-896361
Krista J. Nielson, Esq., Bar No. 10698
TIFFANY & BOSCO P.A
10100 W Charleston Blvd Ste 220
Las Vegas, NV 89135
(702) 258-8200
*Attorneys for the Plaintiff*

Client File# 23-72662

I, Judith Mae All, being sworn, states: That I am a licensed process server registered in Nevada. I received a copy of the Summons; Complaint in Interpleader, from TIFFANY & BOSCO P.A

That on 7/1/2024 at 9:52 AM at 501 Las Vegas Blvd S. Ste 1100, Las Vegas, NV 89101 I served Internal Revenue Service, by personally delivering and leaving a copy of the above-listed document(s) with Liam Pisan - Paralegal Specialist, a person of suitable age and discretion authorized to accept service of process.

That the description of the person actually served is as follows:
Gender: Male, Race: Caucasian, Age: 31 - 35 yrs, Height: 5'7 - 6'0, Weight: 181-200 lbs, Hair: Brown, Eyes:Brown

I being duly sworn, states: that all times herein, Affiant was and is over 18 years of age, not a party to or interested in the proceedings in which this Affidavit is made. I declare under penalty of perjury that the foregoing is true and correct.

[signature]
Judith Mae All
Registered Work Card# R-2022-21183
State of Nevada

State of: Nevada
County of: Clark

Subscribed and sworn before me, a Notary Public, this 2nd day of July 2024

BY: Judith Mae All

[signature]
Jeffrey Price
Notary Public
My Commission expires on: 5/6/2025

JEFF PRICE
Notary Public, State of Nevada
Appointment No. 13-10453-1
My Appt. Expires May 6, 2025

Control #:NV295111
Reference: 23-72662

Service Provided for:
Nationwide Legal Nevada, LLC
610 S. 10th Street
Las Vegas, NV 89101
(702) 385-5444
Nevada Lic # 1656

Case 2:24-cv-01339-JCM-BNW Document 4 Filed 07/31/24 Page 1 of 1

KRISTA J. NIELSON, ESQ.
Nevada Bar No. 10698
**TIFFANY & BOSCO, P.A.**
10100 West Charleston Blvd., Suite 220
Las Vegas, Nevada 89135
Telephone: 702 258-8200
Facsimile: 702 258-8787
knielson@tblaw.com
*Attorney for Plaintiff*
TB#23-72662

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NATIONAL DEFAULT SERVICING CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>JOANNE T. ORLANDO, an unmarried woman; CITIMORTGAGE, INC., a foreign corporation; INTERNAL REVENUE SERVICE, a Government Agency; and DOES 1 through 10 and ROE BUSINESS ENTITIES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:23-cv-00843-RFB-MDC<br><br>**ACCEPTANCE OF SERVICE** |

The undersigned hereby accepts service of the Summons and Complaint in Interpleader on the 23rd day of July, 2024.

**GREENBERG TRAURIG, LLP**

[signature]

MICHAEL R. HOGUE, ESQ.
Nevada Bar No. 12400
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
*Attorneys for CITIMORTGAGE, INC.*

Tiffany & Bosco, P.A.
10100 W. Charleston Blvd., Ste. 220
Las Vegas, NV 89135

FIRST-CLASS
US POSTAGE IMI PITNEY BOWES
ZIP 89135
02 7H
0001263532
$ 000.970
JUL 31 2024

Michael R. Hogue, Esq.
Greenberg Traurig, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135