# EXHIBIT "C"

EXHIBIT "C"

MICHAEL R. HOGUE, ESQ.
Nevada Bar No. 12400
ELLIOT T. ANDERSON, ESQ.
Nevada Bar No. 14025
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Tele: (702) 792-3773
Fax: (702) 792-9002
Email: hoguem@gtlaw.com
andersonel@gtlaw.com

*Counsel for Defendant CITIMORTGAGE, INC.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NATIONAL DEFAULT SERVICING CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>JOANNE T. ORLANDO, an unmarried woman; CITIMORTGAGE, INC., a foreign corporation; INTERNAL REVENUE SERVICE, a Government Agency; and DOES 1 through 10 and ROE BUSINESS ENTITIES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:23-cv-00843-RFB-MDC<br><br>**DECLARATION IN SUPPORT OF CITIMORTGAGE, INC.'S MOTION FOR ENTRY OF CLERK'S DEFAULT AGAINST JOANNE T. ORLANDO** |

I, Elliot T. Anderson, declare as follows:

1. I have personal knowledge of the matters set forth herein and could and would so testify if called upon to do so.

2. I am an associate with the law firm Greenberg Traurig, LLP, and am counsel of record for Defendant CitiMortgage, Inc. ("CitiMortgage"), in the above-entitled action.

3. This Declaration is submitted in support of CitiMortgage's Motion for Entry of Clerk's Default Against Defendant Joanne T. Orlando ("Orlando").

4. Plaintiff National Default Servicing Corporation ("Plaintiff") filed the Complaint in the Eighth Judicial District Court on June 27, 2024. ECF No. 1-3.

/ / /

5. On July 1, 2024, Plaintiff's process server personally served the Summons and Complaint on Orlando. ECF No. 5-1.

6. Federal Rule of Civil Procedure 12(a)(1)(A)(i) would ordinarily require Orlando to serve any responsive pleading by July 22, 2024.

7. But because the Internal Revenue Service removed this action that same day, *see* ECF No. 1, Rule 81(c)(2)(C) gave Orlando an additional seven (7) days after removal to file a responsive pleading – until July 29, 2024.

8. To date, Orlando has not answered or otherwise responded, and no extension of time has been granted.

9. Orlando has not retained any counsel, contacted me, or made any other efforts to respond to the Complaint, nor has she evidenced any intent, of which I am aware, to defend this action. As such, entry of default is proper at this time pursuant Rule 55 and LR 77-1.

10. I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge and belief.

DATED this 10th day of February, 2025.

*/s/ Elliot T. Anderson*
ELLIOT T. ANDERSON